**Leodegario PINEDA VELAZQUEZ, Petitioner,**

v.

**John ASHCROFT, Attorney General, Respondent.**

No. 03–70373.

United States Court of Appeals, Ninth Circuit.

Submitted May 10, 2004.*

Decided May 20, 2004.

Martin Resendez Guajardo, Esq., Law Office of Martin Resendez Guajardo, San Francisco, CA, for Petitioner.

Regional Counsel, Western Region Immigration & Naturalization Service, Laguna Niguel, CA, CAC–District Counsel, Esq., Office of the District Counsel, Los Angeles, CA, Ronald E. LeFevre, Chief Legal Officer, Office of the District Counsel, San Francisco, CA, Donald E. Keener, Esq., Francis W. Fraser, Esq., U.S. Department of Justice, Washington, DC, for Respondent.

Before: CANBY, KOZINSKI and PAEZ, Circuit Judges.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

MEMORANDUM **

Leodegario Pineda Velazquez, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' ("BIA") order denying his motion to re-open deportation proceedings. We have jurisdiction under 8 U.S.C. § 1105a(a). We review denials of motions to reopen for abuse of discretion, *Shaar v. INS*, 141 F.3d 953, 955 (9th Cir.1998), and we deny the petition.

The BIA permissibly denied the Petitioner's motion to reopen after determining that he failed to depart the United States before his voluntary departure deadline expired. *See id.* at 957–58.

The Petitioner's remaining contentions lack merit.

**PETITION FOR REVIEW DENIED.**

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

